IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LUTHER WAYNE DILLON     PLAINTIFF
ADC #173503

v.     No. 3:20-cv-196-DPM

BETSY PENIX, Mail Clerk;
KENNY DAVIS, Deputy Warden;
WILLIAM STRAUGHN, Assistant Director;
and ARKANSAS DEPARTMENT OF
CORRECTION     DEFENDANTS

## ORDER

I worked closely with Kenny Davis when he was a supervisory probation officer for our Court. My impartiality in this case could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 August 2020