# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LUTHER WAYNE DILLON**  **PLAINTIFF**
**ADC #173503**

v.  Case No. 3:20-cv-00196-KGB

**BETSY PENIX, Mail Clerk,**
**Grimes Unit,**
**Arkansas Department of Correction,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Luther Wayne Dillon's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge